# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# EASTERN DIVISION

| | |
|---|---|
| LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>  Plaintiff,<br><br>vs.<br><br>JAMES E. ONSAGER and ALFRED J. WITTINE,<br><br>  Defendants.<br>------------------------------------------------<br>JAMES E. ONSAGER,<br><br>  Cross claimant,<br><br>vs.<br><br>ALFRED J. WITTINE,<br><br>  Cross defendant.<br>------------------------------------------------<br>JAMES E. ONSAGER,<br><br>  Counter claimant,<br><br>vs.<br><br>LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>  Counter defendant.<br>------------------------------------------------ | No. 13-CV-1030-LRR<br><br>**ORDER TO SHOW CAUSE** |

| | |
|---|---|
| ALFRED J. WITTINE, | |
|     Cross claimant, | |
| vs. | |
| JAMES E. ONSAGER, | |
|     Cross defendant, | |
| ----------------------------------------------- | |
| ALFRED J. WITTINE, | |
|     Counter claimant, | |
| vs. | |
| LINCOLN NATIONAL LIFE INSURANCE COMPANY, | |
|     Counter defendant. | |

_____

The matter before the court is Alfred J. Wittine's noncompliance with the court's Trial Management Order (docket no. 17). The Trial Management order directs the parties to jointly prepare a proposed Final Pretrial Order and submit it to the court by email at least 5 calendar days before the Final Pretrial Conference ("FPTC"). Trial Management Order at 3-4. The FPTC is set for Wednesday, March 4, 2015 at 3:00 p.m. On February 25, 2015, counsel for James E. Onsager emailed the proposed Final Pretrial Order to the court, but stated that counsel for Wittine did not participate in the preparation of the proposed Final Pretrial Order. Additionally, the Trial Management Order states that "[e]xhibit lists must be attached to, and witness lists must be included as part of, the proposed Final Pretrial Order." *Id.* at 4. The proposed Final Pretrial Order does not contain the witness list or exhibit list for Wittine. Accordingly, the court shall hold a show cause hearing on **March 4, 2015 at 3:00 p.m.** before the undersigned in Courtroom 1,

United States Courthouse, 111 Seventh Avenue SE, Cedar Rapids, Iowa. Counsel for Wittine, Cory R. Thein, is directed to appear personally to show cause for his failure to comply with the court's Trial Management Order.

**IT IS SO ORDERED.**

**DATED** this 2nd day of March, 2015.

LINDA R. READE
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA